JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LING LING HWANG, individually and as Trustee of The Ling Ling Hwang 2010 Trust Dated June 24, 2010,<br><br>    Plaintiff,<br><br>  vs.<br><br>HOVSEP SEMERDJIAN, an individual, etc., et al.,<br><br>    Defendants. | Case No.: 2:18-cv-06247-R-FFM<br><br>ORDER OF DISMISSAL<br><br>JUDGE:     Hon. Manuel L. Real<br>TRIAL DATE:  October 22, 2019 |

//

//

//

//

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT THIS ENTIRE ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 2, 2019

*/s/ Gary Klausner*
United States District Judge